IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISRAEL C. RAMIREZ,<br><br>    Defendant. | Case No. 08-cr-30182-JPG |

## MEMORANDUM AND ORDER

In light of the Court's judgment in *Ramirez v. United States of America*, Case No. 11-cv-00719-JPG, vacating the sentencing judgment in this case, the Court:

- **ORDERS** that pursuant to 18 U.S.C. § 3143(a):

    1. The defendant shall be **COMMITTED** to the custody of the United States Marshal for confinement in a corrections facility;

    2. The defendant shall be **AFFORDED** reasonable opportunity for private consultation with his attorney or any person hired by his attorney for the purpose of preparing a defense; and

    3. On Order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall **DELIVER** defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

- **APPOINTS** the Federal Public Defender to represent Ramirez in his resentencing pursuant to 18 U.S.C. § 3006A;

- **ORDERS** a sentencing hearing to be held on **April 27, 2016,** at **10:30** a.m. in Benton, Illinois; and

- **DIRECTS** the Clerk of Court to **fax and/or scan** a copy of this order along with the judgment in *Ramirez v. United States*, Case No. 11-cv-00719-JPG, to the Warden at FCI Three Rivers, TX 78071.

**IT IS SO ORDERED.**

**DATED:** 3/17/2016

                                            *s/J. Phil Gilbert*
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**